■ BARTHOLOMEW PIRONE, Respondent, v FRANCISCO S. CASTRO et al., Appellants. [917 NYS2d 860]—

Defendants met their burden of showing that the requested records relating to plaintiff's hepatitis are relevant to a physical condition that plaintiff placed "in controversy" through his deposition testimony (*Dillenbeck v Hess*, 73 NY2d 278, 287 [1989]). Furthermore, the records relating to plaintiff's depression were relevant. Plaintiff alleged that because of defendants' conduct, he suffered physical injuries that has resulted in him spending "everyday or at least part of everyday from the date of the accident confined to his bed and home" (*see id.*). Concur—Saxe, J.P., Sweeny, Catterson, Freedman and Román, JJ.